IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANITA SHARMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| H&R BLOCK and STEPHEN CHICHESTER, | ) | 3:24-CV-1646-G-BW |
| | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the defendants' motion to compel arbitration (docket entry 9) is **GRANTED**, and this action is **STAYED** pending the outcome of arbitration. The Clerk of Court is **DIRECTED** to close this case statistically, without prejudice to

reopening it statistically for further proceedings provided under the Federal Arbitration Act.

    **SO ORDERED**.

March 14, 2025.

                                            */s/ A. Joe Fish*
                                            **A. JOE FISH**
                                            **Senior United States District Judge**